## Index

| | |
|---|---|
| 1-A | 1983 Petition |
| 2-A | In forma paupuios |
| 3-A | 2 Additional papes |
| 4-A | P.M.D Account Balances |
| 5-A | Grounds of Petition |
| Exhibits | A Letter to Eddie Cook Executice Director |
| | B " " Lynn Head Board Chairman |
| | C " " Clifford Walker Board Member |
| | D " " Terry E. Davis Board Member |
| | E " " Ms Benson Board Elpoyee |
| | F " " Mr. Smith |
| | G " " Mr. Castlbecy |
| | H " " Mr. Steven Sullivan |

April 11, 2008                                                Exhibit A
TO: Mr. Eddie Cook, Executive Director
     Alabama Board of Pardons & Parole

   Mr. Cook, I went up for parole on April 4, 2018, and was denied parole after done serving 28 years now. Per 15-22-26(c) of the Code of Alabama I am given the required written notice of my request of why I was denied a chance for parole again from this board. I am of the knowledge of fasle information being placed into my parole file by a representive of the victims advocate on about October 27, 2003. I have written to the board a number of times concerning this fasle information yet nobody will speak to me about it or answer my requests. I have spoken to the parole man a number of times about it they will not even speak to me about it at my last time 20 of us was interviewed at once and he would not even look at our certificates. So, who do we turn to, to address this problem? This fasle information is from a state informer named Stanley Wayne Franklin of which every thing he gave in this document is fasle, he gave this statement to the D.A. to have his own felonies taken off him through the D.A's office. At my ~~trial~~ trial it was ruled heresay and thrown out. Years later the victims advocate read portions of it to the board and then gave a copy of it to the board, ~~and told the board~~ I have since given a copy of my rap sheet to the board and told the board to compare it with this imformer's statement and you will see every thing in it is fasle. I have written members of the board, members of the review board to no avail

Plaintiff's
Exhibit A

This leads the review board to mak negative recommendations to the maim board about my parole. Am I to die in this evil and wicked place because of this informer's fasle statement unto this board? And because no one there will take a couple of minutes to compare these two documents to see it is in fact a fasle document given to the board to keep me in prison the rest of my life. I turned down a guilty plea of 10 years in this case because I am innocent of this offense I have been charged with now because I didn't take the gilty plea. I have done, done going on 29 years. When is enough, enough? Please investigate what I have told you and give me another fair parole hearing without the consideration of this fasle document. My family and myself has suffered enough for almost three decades, I thank you for any due considerations and your time.

Respectfully Ibc,
William Sullivan
157996 - A 56 A
2690 Marian Spillway Dr.
Elmore, AL 36025