Plaintiff's Exhibit "B"

May 4, 2018

TO: Ms. Lynn Head Board Member
Alabama Board of Pardons & Paroles

Ms. Head, I went up for parole consideration on April 4, 2018, and was again denied parole after serving 28 years or almost half my life. Persuant to the Code of Alabama 15-22-26(e) I am givening the required written notice of my request for you to given me your articulated reasons for denying me parole.

Even though my parole file contains fasle information in it supplied by the victims and victims advocate. There is no one the inmate can turn to at this board to talk to about it.

Respectfully I be,
William Sullivan
157996-A56A
2690 Marion Spillway Rd.
Elmore, AL 36025