Plaintiff's
Exhibit "C"

May 16, 2018

TO: Clifford Walker, Chairman
Alabama Board of Pardons and Parole

Mr. Walker, I when up for parole consideration
on April 4, 2018, and was again denied parole
after serving 28 years or almost half my
life. Persuant to the Code of Alabama 15-22-36(t),
I am giving the required written notice of my
request for you to give me your articulated
reasons for denying me parole. My parole
file contains fasle information in it supplied
by the victims and victims advocate. The
boards failings to investigate to see for certain
that this is information is fasle.
information and failure to remove it from
my files. Then there is not no one for the
inmate to even discuss this fasle information
claim with at the board.

Respectfully I be,
William Sullivan
152996-A56A
2690 Marion Spillway Rd.
Elmore, AL   36025

Exhibit "C"

## Certificate of Service

I william Sullivan, do hereby certify that on this 16th day of May, 2018, I have served the following below listed parties the enclosed paperwork pre-addressed, postage paided in the U.S. Mails

TO: Clifford Walker
Chairman of the Board
Alabama Board of Pardons & Paroles
P.O. Box 302405
Montgomery, AL
36130-2405

From: William Sullivan
157996-A56A
Mailed: May 16, 2018        2690 Marion Spillway Rd.
Elmore, AL
36025