Plaintiff's
Exhibit "D"

May 4, 2018
To: Mr. Terry E. Davis
Alabama Board of Pardons and Parole Mr. Terry E. Davis, I went up for parole consideration on April 4th 2018 and was again denied parole after severing 28 years or almost half my life. Persuant to the Code of Alabama 15-22-26(c), I am givening the required written notice of my request to you to give me your articulated reasons for denying me parole.

    I have repeatly told the board my files there contain false information. What is to be done about it for me to recieve a fair parole hearing?

Respectfully I be,
William Sullivan
157996 - A-56-A
2690 Marion Spillway Rd.
Elmore, AL. 36025

Plaintiff's Exhibit "D"

Certicate of Service

I, William Sullivan, do hereby certify that on May 16, 2018, I did serve the enclosed document on the below listed party by Certified Mail by the U.S. Post office, self-addressed, postage pre-paid on the following party:

Mr. Terry E. Davis, Board Member
Alabama Board of Pardons and Parole
State of Alabama
P.O. Box 302405
Montgomery, AL.
36130-2405

William Sullivan
157996-A-56-A
2690 Marion Spillway Rd.
Elmore, AL. 36025

Done this 16th day of May 2018