Plaintiff's
Exhibit "E"

March 26, 2019

Ms. Benson, I am seeking a copy of my P.S.I. can you please send me copy of mind. I was told that you are the one that handles these. If there is any cost involved please let me know and I will have the funds forwarded to you for the cost. I thank you for your time and consideration in my request.

Respectfully
William Sullivan, 157996
1290 Red Eagle Rd.
Montgomery, AL
36110