Plaintiff's Exhibit F

My name is Joe Smith I did many years ago enter a store on Highway 14 to purchase a couple of items. Upon paying for my things I was asked by the girl clerk if I would sign this petition she had to keep this man in prison. She also said she would by me a drink & chips for my signature on this petition. So I ak' who was it against she said William Larry Sullivan. I immediately refused her coke and chips offer and refrused to sign this petition against Mr Sullivan for I do know some of the details of this case. I paided for my purchase then left this store.

*Joe Smith*

Verification

I, Joe Smith, do hereby verify that the foregoing is true and correct to the best of my knowledge.

Dated June 15, 2006          *Joe Smith*