Plaintiff's
Exhibit G

July 25, 2018

To the board members of the Alabama Board of Pardons and Parole. I am writing to this board in reference to William Sullivan, 157996. Several years ago my family the Smiths, to which I was married for many years, circulated a petitioner against the release of Mr. Sullivan on parole at which I did sign at the request of Mr. Smith. At that time I did not even know Mr. Sullivan nor did ninety nine percent of those who signed this petition against Mr. Sullivan. Having known Mr. Sullivan now I am formally requesting that my name be stricken from this petition against Mr. Sullivan. It is an unjust thing against him, which I want no part of.

Sincerly

_Dawn Cuthness_

Verbation

I, _Dawn Cuthness_, do hereby verify that the foregoing is true and correct to the best of my knowledge.