Plaintiff's Exhibit "H"

To whom it may Concern

    I, Steven Sullivan, have attended my uncle's last three parole hearings and during these three parole hearings the Parole Board has mentioned my uncle's escape. My Uncle has had custody for over 20 years work outside the prison and still has custody and never escaped from anywhere. They have mentioned him attacking an officer which he has never done. They have mentioned he was a drug dealer, has threatened people, and attacked people. This is all lies and wherever the board got this information, this is false. I have known my uncle all my life and have never known him to do anything like what the board members keeps mentioning at his hearings. My uncle should have been paroled years ago instead the Parole Board has relied on false information to keep denying him parole.

### Verification

I, Steven Sullivan, do hereby verify that the foregoing is true and correct to the best of my knowledge.

4-13-16

Steven Sullivan