IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM LARRY SULLIVAN,    ) | |
| )| |
|     Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 2:20cv255-MHT |
| ) | (WO) |
| CHARLES GRADDICK, et al.,    ) | |
| ) | |
|     Defendants.    ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit alleging that officials associated with the Alabama Board of Pardons and Paroles violated his constitutional rights under the United States and Alabama Constitutions and Alabama law. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for plaintiff's failures to comply with the orders of the court and prosecute this action. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 1st day of February, 2023.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE