IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIAM LARRY SULLIVAN,      )
                             )
    Plaintiff,                )
                             )      CIVIL ACTION NO.
    v.                       )        2:20cv255-MHT
                             )            (WO)
CHARLES GRADDICK, et al.,    )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 72) is adopted.

(2) This lawsuit is dismissed without prejudice for plaintiff's failures to comply with the orders of the court and prosecute this action.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 1st day of February, 2023.

                                          /s/ Myron H. Thompson  
                                      **UNITED STATES DISTRICT JUDGE**